| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA
*versus*

DANIEL MENDOZA (1)
ALEJANDRO FLORES (2)

§
§
§ CRIMINAL ACTION NO. 4:18cr188
§
§

## ORDER

Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the court finds that the ends of justice require a continuance in this case to assure the necessary time for counsel and the court to prepare effectively for trial, taking into account the exercise of due diligence.

The period of delay due to this order of continuance is the period from the date of this order through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Accordingly, this case is reset for Pretrial Conference and Trial Scheduling on December 10, 2018, at 9:00 a.m. All other pretrial deadlines contained in the Pretrial Order remain the same.

SIGNED at Beaumont, Texas, this 31st day of October, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE